# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL J. REESE, et al., | Case No. 2:17-cv-02941-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 4) |
| CITIFINANCIAL SERVICING, LLC, | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement. Docket No. 4. The Court **ORDERS** the parties to file a stipulation of dismissal no later than May 3, 2018.

IT IS SO ORDERED.

DATED: March 5, 2018

_____
Nancy J. Koppe
United States Magistrate Judge